In re Miller, Dale Robin; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Lafayette, 15th Judicial District Court Div. K, No. 01-92141; to the Court of Appeal, Third Circuit, No. CW12-00593.
Writ granted in part; otherwise denied. If it has not already done so, the district attorney is ordered to provide relator with an estimate of the costs of reproducing public records relator has requested and to which relator is entitled. La. Const, art. XII, § 3; R.S. 44:31; R.S. 44:31.1; State ex rel. Robinson v. State, 12-2562 *635 (La.4/19/13), 111 So.3d 1023; State ex rel. Jacobs v. State, 11-1956 (La.4/27/12), 85 So.3d 1280; State ex rel. Barbee v. State, 10-0275 (La.2/4/11), 57 So.3d 318; State ex rel. Level v. State, 99-2266 (La.12/17/99), 751 So.2d 869; State ex rel. Leonard v. State, 96-1889 (La.6/13/97), 695 So.2d 1325; Range v. Moreau, 96-1607 (La.9/3/96), 678 So.2d 537. In all other respects, the writ is denied.